UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

MICHAEL E. JONES. M.D., P.C., *doing business as Lexington Plastic Surgeons*,

                Plaintiff,                19 **CIVIL** 7972 (VEC)

       -against-                       **JUDGMENT**

UNITEDHEALTH GROUP, INC.;
UNITED HEALTHCARE SERVICES,
INC.; OPTUM GROUP, LLC,

                Defendants.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2021, Defendants' motion to dismiss is GRANTED. Because Plaintiff has already had the opportunity to amend his complaint and because he has not sought permission to amend again if the Court dismisses the FAC, Plaintiff's complaint is DISMISSED with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
           September 29, 2021

                                              **RUBY J. KRAJICK**
                                                  Clerk of Court
                                     BY:
                                                    Deputy Clerk